# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| *In re Stanley Steemer International Data Breach Litigation,* | Case No. 2:23-cv-3932<br><br>Judge Sarah D. Morrison<br><br>Magistrate Judge Elizabeth P. Deavers |

## JOINT STATUS REPORT REGARDING SETTLEMENT AND REQUEST TO CONTINUE STAY

Plaintiffs and Defendant (collectively, the "Parties"), submit this Joint Status Report regarding their progress in preparing the Motion for Preliminary Approval of Class Action Settlement and request to continue the stay of this case.

On October 3, 2024, the Parties notified the Court that they reached an agreement on the material terms of a class settlement following mediation and required time to document the settlement to present to the Court for preliminary approval. ECF No. 45. The Parties also requested that the case be stayed in the interim and that all pending dates be stricken. Dkt. 45. The Court then entered an Order extending the stay of this matter. ECF No. 46.

The Parties also requested a stay of the case and a striking of all pending deadlines, which the Court granted. ECF No. 46.

Since then, the Parties have worked diligently to finalize the settlement agreement, evaluate bids for notice and settlement administration, and prepare a motion for preliminary approval. The Parties anticipate filing the motion for preliminary approval within 30 days or sooner.

WHEREFORE, the Parties respectfully request that the Court continue the stay of litigation deadlines pending the filing of Plaintiffs' motion for preliminary approval of the class settlement.

Dated: November 18, 2024

Respectfully submitted,

By:*/s/ Andrew Shamis*
Andrew J. Shamis, Esq.
Ohio Bar No. 100846
Leanna A. Loginov, Esq. (*pro hac vice*)
NY Bar No. 5894753
**SHAMIS GENTILE**
14 NE 1st Ave., Suite 705
Miami, Florida 33132
Telephone: 305-479-2299
ashamis@shamisgentile.com
lloginov@shamisgentile.com

Raina C. Borrelli (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com
cmiller@straussborrelli.com


Kevin Laukaitis (*pro hac vice*)
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
T: (215) 789-4462
klaukaitis@laukaitislaw.com

Christopher Weist
Ohio Bar No. Ohio 0077931
25 Town Center Blvd., Suite 104
Crestview, KY 41017
Tel: (513) 257-1895
Fax: (859) 495-0803
chris@cwiestlaw.com

Mason A. Barney
Tyler J. Bean
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091

By: */s/ John Mills*
Joseph Salvo (*pro hac vice*)
John T. Mills (*pro hac vice*)
Robert P. Lynch, Jr. (0072037)
rplynch@grsm.com
41 South High Street, Suite 2495
Columbus, Ohio 43215
Tel: (614) 340-5558
Fax: (614) 360-2130
jsalvo@grsm.com
jtmills@grsm.com
*Attorneys for Defendant*

E: mbarney@sirillp.com
E: tbean@sirillp.com

*Attorneys for Plaintiff and Proposed Class*

_____

**CERTIFICATE OF SERVICE**

I, Andrew Shamis, hereby certify that on November 18, 2024 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 18th day of November, 2024.

By:*/s/ Andrew Shamis*
Andrew J. Shamis, Esq.