# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| *In re Stanley Steemer International Data Breach Litigation* | Case No. 2:23-cv-03932-SDM-EPD<br><br>Judge Sarah D. Morrison<br><br>Magistrate Judge Elizabeth Preston Deaver |

## PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT

Pursuant to Fed. R. Civ. P. 23(e), and the Settlement Agreement previously filed with the Court, Class Counsel respectfully request this Court grant final approval of this class action settlement and Plaintiffs' Motion for Attorneys' Fees and Class Representative Service Awards, the hearing on which is scheduled for May 27, 2025. Supporting this Motion is the Declaration of Raina Borrelli and Andrew Shamis in Support of Plaintiff's Motion for Final Approval (Exhibit 1) ("Borrelli & Shamis Declaration") and the Declaration of Cameron Azari of Epiq Class Action & Claims Solutions, Inc. re: Settlement Administration (Exhibit 2) ("Epiq Decl."). A Proposed Order Granting Final Approval, Class Counsel's Attorneys' Fees, and Class Representative Service Awards is attached hereto.

Respectfully Submitted,

By: */s/ Andrew Shamis*
Andrew J. Shamis, Esq.
Ohio Bar No. 100846
Leanna A. Loginov, Esq. (*pro hac vice*)
NY Bar No. 5894753
**SHAMIS GENTILE**
14 NE 1st Ave., Suite 705
Miami, Florida 33132
Telephone: (305) 479-2299
ashamis@shamisgentile.com
lloginov@shamisgentile.com

Kevin Laukaitis (*pro hac vice*)
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
Telephone: (215) 789-4462
klaukaitis@laukaitislaw.com

Christopher Weist
Ohio Bar No. Ohio 0077931

1

| | |
|---|---|
| Raina C. Borrelli (*pro hac vice*) <br> Cassandra Miller (*pro hac vice*) <br> **STRAUSS BORRELLI PLLC** <br> One Magnificent Mile <br> 980 N Michigan Avenue, Suite 1610 <br> Chicago IL, 60611 <br> Telephone: (872) 263-1100 <br> Facsimile: (872) 263-1109 <br> raina@straussborrelli.com <br> cmiller@straussborrelli.com | 25 Town Center Blvd., Suite 104 <br> Crestview, KY 41017 <br> Tel: (513) 257-1895 <br> Fax: (859) 495-0803 <br> chris@cwiestlaw.com <br> <br> Mason A. Barney <br> Tyler J. Bean <br> **SIRI & GLIMSTAD LLP** <br> 745 Fifth Avenue, Suite 500 <br> New York, New York 10151 <br> Tel: (212) 532-1091 <br> E: mbarney@sirillp.com <br> E: tbean@sirillp.com |

*Attorneys for Plaintiffs and Proposed Classes*

## CERTIFICATE OF SERVICE

I, Andrew Shamis, hereby certify that on May 13, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

By: */s/ Andrew Shamis*
      Andrew J. Shamis, Esq.