United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

-vs-             Case No. 2:23-cv-3932

In Re: Stanley Steemer International Data Breach Litigation

COURTROOM MINUTES
Settlement Approval Hearing

| U.S. District Judge Sarah D. Morrison | | Date: 5/27/2025 at 9:30 a.m. | |
|---|---|---|---|
| Deputy Clerk | Maria Rossi | Counsel for Plaintiff: | Raina Borrelli |
| Court Reporter | Allison Kimmel | Counsel for Deft(s): | Bob Lynch |
| Interpreter | | | |
| Log In | | Log Out | |

Both parties presented to the Court.
The Court found the settlement and attorney's fees are fair and reasonable.
The Court will issue an order in due time.

.